IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS MIHALIK,
    Plaintiff,

v.                                  Case No.: 3:04cv258/RV/EMT

EXPRESSJET AIRLINES d/b/a
CONTINENTAL EXPRESS,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 23, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Defendant's Motion For Judgment On The Pleadings (Doc. 21) is **DENIED**.

    **DONE AND ORDERED** this 26th day of July, 2005.


                                                     /s/ *Roger Vinson*
                                                     **ROGER VINSON**
                                                     **UNITED STATES SENIOR JUDGE**