IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS MIHALIK
    Plaintiff,

v.                                     Case No. 3:04cv258/RV/EMT

EXPRESSJET AIRLINES d/b/a
CONTINENTAL EXPRESS,
    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 2, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion for Summary Judgment (Doc. 37) is **GRANTED**.

3. Judgment shall be entered by the clerk in favor of Defendant.

**DONE AND ORDERED** this 21st day of March, 2006.

                                                /s/ _Roger Vinson_
                                                **ROGER VINSON**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**